L. L. ROBERTS *v.* UNITED STATES

**No. 5613.**—Invoice dated Lauscha, Germany, August 23, 1938.
Certified September 21, 1938.
Entered at Dallas, Tex., October 27, 1939.
Entry No. 66 D.

(Decided April 13, 1942)

*Tompkins & Tompkins* (*J. Stuart Tompkins* of counsel) for the plaintiff.
*Paul P. Rao,* Assistant Attorney General (*Dorothy C. Bennett,* special attorney), for the defendant.

OLIVER, Presiding Judge: Counsel for the respective parties hereto have submitted this appeal to reappraisement without the introduction of any evidence. The record is also barren of any facts which would justify the finding of any value other than the presumptively correct appraised value.

I therefore find the correct value of the involved merchandise to be the value found by the appraiser. Judgment will be rendered accordingly.